UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT SNYDER, | ) | CASE NO. CV 13-01965 PSG (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE SANCTIONS |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

By Order Requiring Response to Petition filed April 29, 2013, Respondent also was ordered to file a Motion to Dismiss within 30 days or an Answer within 45 days. On June 18, 2014, the Court ordered the filing of the Second Amended Petition. The docket sheet shows that, as late as the date of this Order, Respondent has not filed his Motion to Dismiss or Answer. Respondent has failed to comply with the Court's order.

Accordingly, IT IS ORDERED that within 20 days, Respondent shall show cause in writing why he should not be sanctioned including but not limited to an order that he pay monetary sanctions for his failure to comply with the Court's orders. The

///
///
///
///

filing of the Motion to Dismiss or Answer within 20 days shall discharge the order to show cause.

DATED: August 12, 2014

*/s/ Ralph Zarefsky*

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

- 2 -