O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SNYDER,<br><br>    Petitioner,<br><br>vs.<br><br>RANDY GROUNDS, WARDEN,<br><br>    Respondent. | CASE NO. CV 13-01965 PSG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 2, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE