1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11

ROBERT SNYDER,

12
               Petitioner,

13
    v.

14
RANDY GROUNDS, Warden,

15
               Respondent.

**Case No. CV 13-01965 PSG (RAO)**

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

16
17
18
19
20
21

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's objections to the Magistrate Judge's Report and Recommendation.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

22
23

     IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

24
25
DATED:  10/30/15

26
27
28

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE