**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SNYDER,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent. | **Case No. CV 13-01965 PSG (RAO)**<br><br><br>**JUDGMENT** |

  Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

  IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  10/30/15

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE